IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:24-cv-01386-CNS

ALLIANCE OF HEALTH CARE SHARING MINISTRIES,

    Plaintiff,

v.

COLORADO DIVISION OF INSURANCE and
MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance,

    Defendants.

## ORDER OF RECUSAL

Title 28 U.S.C. § 455(b) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000).

Upon review of the file of this case, I conclude that I must recuse myself from further participation in this case. Accordingly, it is ORDERED that:

(1) I recuse myself from further participation in this matter; and direct that

(2) The Clerk of the Court shall reassign this case to another District Judge.

DATED this 21st day of May 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge