IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-01386-GPG-STV | Date:   July 3, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

ALLIANCE OF HEALTH CARE SHARING                William E. Mahoney
MINISTRIES                                                     Michael F. Murray

    Plaintiffs,

v.

COLORADO DIVISION OF INSURANCE, and          Reed W. Morgan
MICHAEL CONWAY                                            Daniel Eric Rheiner

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   10:32 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding Defendants' Emergency Motion for Limited Expedited Discovery [ECF Doc. No. 21, filed 6/5/2024].

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**    Defendants' Emergency Motion for Limited Expedited Discovery [ECF Doc. No. 21] is **DENIED AS MOOT**.  The court will permit written discovery to be served beginning today.  The response deadline for the PI Motion is September 3, 2024.  The Reply deadline to the PI Motion is September 17, 2024.

    Before the Scheduling Conference on July 24, 20245, the parties shall discuss whether a Special Master should be assigned to the case.

HEARING CONCLUDED.

**Court in recess:**     **10:46 a.m.**
Total time in court:   00:14

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.