## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALLIANCE OF HEALTH CARE SHARING MINISTRIES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance, <br><br> Defendant. | Case No. 1:24-CV-01386-GPG-STV |

## <u>NOTICE OF APPEAL</u>

Please take notice that under 28 U.S.C. § 1292(a)(1), Plaintiff hereby appeals to the United States Court of Appeals for the Tenth Circuit this Court's January 13, 2025 Order (D. 54) denying Plaintiff's Motion for a Preliminary Injunction (D. 8), as well as any associated orders.

Dated: January 27, 2025

Respectfully submitted,

*/s/ Michael F. Murray*

Michael F. Murray
PAUL HASTINGS LLP
2050 M Street, NW
Washington, D.C. 20036
(202) 551-1730
michaelmurray@paulhastings.com
William E. Mahoney
PAUL HASTINGS LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
(713) 860-7304
williammahoney@paulhastings.com
*COUNSEL FOR PLAINTIFF ALLIANCE OF HEALTH CARE SHARING MINISTRIES*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2025 I filed the foregoing document via the

Court's electronic case filing system, which will serve such filing on all counsel of record.


/s/ ***William E. Mahoney***
William E. Mahoney