IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01386-GPG-STV

ALLIANCE OF HEALTH CARE SHARING MINISTRIES,

    Plaintiff,

v.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of
Insurance,

    Defendant.

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

    Defendant Michael Conway, in his official capacity as Commissioner of Insurance (the "Commissioner"), by and through counsel, the Office of the Colorado Attorney General and the undersigned assistant attorneys general, respectfully moves this Court, pursuant to Fed. R. Civ. P. 26(c), for entry of the attached Stipulated Protective Order limiting the use and disposition of the information and documents produced in the course of discovery in this action. Some of the discovery that is sought in this action includes requests for information of a highly sensitive and confidential nature, including information subject to the confidentiality provisions in Emergency Regulation 22-E-20(5)(b), 3 CCR 702-4, and Regulation 4-10-01(5)(b), 3 CCR 702-4, as well as information subject to the confidentiality provisions in subsection 10-1-103(5), C.R.S. As a result, the parties have

1

jointly agreed to the attached Stipulated Protective Order, and request that the Court enter it in this case.

Plaintiff, the Alliance for Health Care Sharing Ministries, has authorized the Commissioner to move for entry of this Stipulated Protective Order, which has been signed by counsel for all of the parties.

Respectfully submitted this 10th day of February, 2025.

            PHILIP J. WEISER
            Attorney General

            s/   Reed W. Morgan
            **REED W. MORGAN**, 40972*
            Senior Assistant Attorney General
            **DANIEL E. RHEINER**, 48821*
            Assistant Solicitor General
            **PHILLIP KHALIFE**, 46333*
            Assistant Attorney General
            Colorado Department of Law
            Ralph L. Carr Colorado Judicial Center
            1300 Broadway, 8th Floor
            Denver, CO  80203
            Telephone: 720-508-6335 (Morgan)
            720-508-6570 (Rheiner)
            720-508-6388 (Khalife)
            Email: Reed.Morgan@coag.gov
            Danny.Rheiner@coag.gov
            Phillip.Khalife@coag.gov
            *Attorneys for Defendant