IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01386-GPG-STV

ALLIANCE OF HEALTH CARE SHARING MINISTRIES,

　　　　Plaintiff,

v.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of
Insurance,

　　　　Defendant.

---

## MOTION TO WITHDRAW

---

　　　　Assistant Solicitor General Daniel E. Rheiner respectfully moves the Court for an Order allowing him to withdraw as counsel of record for Defendant Michael Conway, in his official capacity as Commissioner of Insurance, and states as follows:

　　　　1.　　Pursuant to D.C.COLO.LAttyR 5(b), an attorney of record may withdraw from an active case for good cause.

　　　　2.　　Undersigned would like to withdraw from this case due to competing obligations, effective March 3, 2025.

　　　　3.　　The undersigned's withdrawal from this matter will not affect Defendant's representation, which will continue to be provided by Senior Assistant Attorney General Reed William Morgan and Assistant Attorney General Phillip Khalife, through the Office of the Attorney General.

4.    Notice of undersigned's withdrawal has been provided to client, Defendant

Michael Conway, and all parties to this action as certified in the Certificate of Service

below.

5.    Due to undersigned's need to withdraw due to competing obligations,

good cause exists for this withdrawal.


Respectfully submitted this 28th day of February, 2025.

PHILIP J. WEISER
Attorney General


*s/ Daniel Rheiner*
DANIEL E. RHEINER, 48821*
Assistant Solicitor General
Colorado Department of Law
Attorney for Defendant Michael Conway
720-508-6570
Danny.Rheiner@coag.gov
*Counsel of Record*

## CERTIFICATE OF SERVICE

I certify that I have duly served the foregoing **MOTION TO WITHDRAW** upon all parties and Defendant herein by e-filing with the CM/ECF system maintained by the Court and/or by email this 28th day of February, 2025 addressed as follows:

*Defendant:*

Michael Conway
Commissioner of Insurance
1560 Broadway, Suite 850
Denver, CO 80202
michael.conway@state.co.us

*Attorneys for Plaintiff:*

Michael F. Murray
Paul Hastings LLP
2050 M Street, NW
Washington, D.C. 20036
(202) 551-1730
Michaelmurray@paulhastings.com

William E. Mahoney
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, Texas 77002
(713) 860-7304
williammahoney@paulhastings.com

*s/ Kathy Recchiuti*