# EXHIBIT B

**From:**       Vincent Plymell - DORA [vincent.plymell@state.co.us]
**Sent:**       1/2/2020 1:18:43 PM
**To:**         Harris - DORA, Kate [kate.harris@state.co.us]
**Subject:**    Re: health care sharing ministries - interview???

Thanks. I let her know, so we'll see. I have to take my car in to the shop tomorrow at 9, so I should be in 10-ish.

Sent from my iPhone

On Jan 2, 2020, at 12:21 PM, Harris - DORA, Kate <kate.harris@state.co.us> wrote:

I'm available 9-12 and 12:30-2

**Kate Harris**
**Chief Deputy Commissioner**
**Life & Health Policy**
*she/her/hers*

P 303.894.2949 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
kate.harris@state.co.us | www.dora.colorado.gov/insurance

🖨 Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

On Thu, Jan 2, 2020 at 12:20 PM Plymell - DORA, Vincent <vincent.plymell@state.co.us> wrote:
Great. And it sounds like she wants to keep it more general too. What time works well for you?

**Vincent Plymell**
**Assistant Commissioner**

P 303.894.2261 | C 303.910.9614 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
vincent.plymell@state.co.us | dora.colorado.gov/insurance

DOI_020401



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

On Thu, Jan 2, 2020 at 11:54 AM Harris - DORA, Kate <kate.harris@state.co.us> wrote:
Sure, that's fine. I've got my "allowable" talking points fairly baked at this point :)


**Kate Harris**
Chief Deputy Commissioner
Life & Health Policy
*she/her/hers*

P 303.894.2949 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
kate.harris@state.co.us | www.dora.colorado.gov/insurance

Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.


On Thu, Jan 2, 2020 at 11:53 AM Plymell - DORA, Vincent <vincent.plymell@state.co.us> wrote:
On the insulin cap front, Anusha says that she got ahold of Roberts. Still, I'd like to get her our info about who it applies to and contacting us if problems (not sure Roberts would have given her all of that).

But... she's now asking about health care sharing ministries and wonders if she can do an interview tomorrow. I did tell her that because we have an ongoing investigation, we can't say much about it.

Here's what she said:
"I was reading about how some religious groups have been offering health insurance without any actual promise of coverage. People have been signing up because the monthly payments are cheaper than through other insurance plans but then when there is an actually medical emergency/need the coverage doesn't necessarily always kick in.

"Is there a chance we can set up an interview for tomorrow about the health share ministries? Specially to let people know what they should watch for when signing up for insurance programs like this?"

DOI_020402

DOI_020403