# EXHIBIT D



**STATE OF COLORADO**                                      Judy - DORA, Debra <debra.judy@state.co.us>

## Health Care Sharing Ministries
9 messages

---

**Judy - DORA, Debra** <debra.judy@state.co.us>                              Mon, Jan 24, 2022 at 7:25 AM
To: JoAnn Volk <Joann.Volk@georgetown.edu>, Justin Giovannelli <Justin.Giovannelli@georgetown.edu>
Cc: "Harris - Dora, Kate" <kate.harris@state.co.us>

Hey JoAnn and Justin -
Hope all is well! As you may know, there is talk of running a health care sharing ministries bill again here in Colorado. We were wondering if you were aware of any recent activity in that space. I know CT had looked at legislation, but I don't think it passed, and the California exchange had rules related to brokers. Anything else?
Appreciate any help!
Deb

Debra Judy
Division of Insurance
she/her/hers



**COLORADO**
**Department of Regulatory Agencies**
Division of Insurance

P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

---

**JoAnn Volk** <Joann.Volk@georgetown.edu>                                   Tue, Jan 25, 2022 at 7:36 AM
To: "Judy - DORA, Debra" <debra.judy@state.co.us>
Cc: Justin Giovannelli <Justin.Giovannelli@georgetown.edu>, "Harris - Dora, Kate" <kate.harris@state.co.us>

Hello Deb (and Kate): The CT bill did not pass. Covered California has, for a couple years, required their certified agents selling HCSMs to provide consumers with a side-by-side disclosure of HCSMs and ACA plans and screen them for PTCs. Some materials on the policy and the disclosure are attached.

MA now collects data on HCSMs whose members claim compliance with their minimum creditable coverage requirement, which was updated to include new requirements for HCSMs. The report is here: https://betterhealthconnector.com/wp-content/uploads/Health-Connector-HCSM-Report-2021.pdf

We have a post under review with the Commonwealth Fund right now that focuses on the MA data, and in particular, on the financial data. We'll be sure to share that when it's out.

Let us know if we can be helpful or hunt down anything on this.

JoAnn
[Quoted text hidden]

--
JoAnn Volk
Research Professor
Center on Health Insurance Reforms

Georgetown University Health Policy Institute
600 New Jersey Avenue, N.W.
Third Floor
Washington, DC 20001
(202) 687-3944 (tel)
(202) 550-0041 (cell)
joann.volk@georgetown.edu

**3 attachments**

📄 **HCSM Product Comparison Table.docx**
29K

📄 **HCSM Disclosure.docx**
151K

📄 **HCSM Policy and Procedures.docx**
50K

---

**Judy - DORA, Debra** <debra.judy@state.co.us>                                Tue, Jan 25, 2022 at 7:54 AM
To: JoAnn Volk <Joann.Volk@georgetown.edu>
Cc: Justin Giovannelli <Justin.Giovannelli@georgetown.edu>, "Harris - Dora, Kate" <kate.harris@state.co.us>

Thanks for the information, JoAnn. Do you know if the federal government reviews entities who say they meet the IRS definition and, if so, what that looks like? Do the entities get some type of letter from the feds? Do the feds keep a list?
Deb

Debra Judy
Division of Insurance
*she/her/hers*



**COLORADO**
**Department of**
**Regulatory Agencies**
Division of Insurance

P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

🌿 Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

[Quoted text hidden]

---

**JoAnn Volk** <Joann.Volk@georgetown.edu>                                     Tue, Jan 25, 2022 at 8:09 AM
To: "Judy - DORA, Debra" <debra.judy@state.co.us>
Cc: Justin Giovannelli <Justin.Giovannelli@georgetown.edu>, "Harris - Dora, Kate" <kate.harris@state.co.us>

That's murkier. The feds were supposed to keep a list for purposes of the individual mandate exemption but to our knowledge, that list was never made public. Individual HCSMs have published their letters from CCIIO from around 2014 stating that for purposes of the exemption from the individual mandate (and only that purpose), they met the definition. It seems like some HCSMs sought that recognition under the previous administration, because we've heard some HCSMs talk about getting on that list (like Solidarity - by aligning with Liberty to meet the 1999 cut off date). But there's no reason for feds to collect that info or review HCSMs for that definition with mandate penalty zeroed out.

If this proposed rule were to be finalized (and we hope it's not), there would again be reason to review HCSMs against the ACA definition.

[Quoted text hidden]

---

**Judy - DORA, Debra** <debra.judy@state.co.us>                                    Tue, Jan 25, 2022 at 8:12 AM
To: Jill Mullen - DORA <Jill.Mullen@state.co.us>

Debra Judy
Division of Insurance
*she/her/hers*



P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

[Quoted text hidden]

---

**Judy - DORA, Debra** <debra.judy@state.co.us>                                    Tue, Jan 25, 2022 at 8:16 AM
To: JoAnn Volk <Joann.Volk@georgetown.edu>
Cc: Justin Giovannelli <Justin.Giovannelli@georgetown.edu>, "Harris - Dora, Kate" <kate.harris@state.co.us>

Thanks JoAnn -
Appreciate your prompt response. We will probably be reaching out with more questions!
Deb
Debra Judy
Division of Insurance
*she/her/hers*



P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

[Quoted text hidden]

---

**Justin Giovannelli** <Justin.Giovannelli@georgetown.edu>                           Tue, Jan 25, 2022 at 8:19 AM
To: JoAnn Volk <JoAnn.Volk@georgetown.edu>
Cc: "Judy - DORA, Debra" <debra.judy@state.co.us>, "Harris - Dora, Kate" <kate.harris@state.co.us>

Hi Deb, hi Kate. There's a copy of the letter the Obama admin was sending out in my old NAIC presentation on this - see slide 23. As JoAnn says, the letter makes clear that the feds are only addressing the mandate exemption and that HCSMs shouldn't represent that there's anything more to it. Though of course, some have.

[Quoted text hidden]

--
**Justin Giovannelli, J.D., M.P.P.**
Associate Research Professor and Project Director
Center on Health Insurance Reforms
Georgetown University McCourt School of Public Policy
600 New Jersey Avenue, N.W.
Third Floor
Washington, DC 20001
202.687.4954
Justin.Giovannelli@georgetown.edu

📎 **Giovannelli - HCSMs - Reg Framework 2020 Summer Mtg - FINAL.pdf**
5074K

---

**Judy - DORA, Debra** <debra.judy@state.co.us>                                      Tue, Jan 25, 2022 at 8:26 AM
To: Jill Mullen - DORA <Jill.Mullen@state.co.us>

More info
Debra Judy
Division of Insurance
*she/her/hers*



**COLORADO**
**Department of Regulatory Agencies**
Division of Insurance

P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

🖨 Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

---------- Forwarded message ----------
From: **Justin Giovannelli** <Justin.Giovannelli@georgetown.edu>
Date: Tue, Jan 25, 2022 at 8:19 AM
Subject: Re: Health Care Sharing Ministries
[Quoted text hidden]
[Quoted text hidden]


**Giovannelli - HCSMs - Reg Framework 2020 Summer Mtg - FINAL.pdf**
5074K

---

**Harris - DORA, Kate** <kate.harris@state.co.us>                                        Tue, Jan 25, 2022 at 10:02 AM
To: Justin Giovannelli <Justin.Giovannelli@georgetown.edu>
Cc: JoAnn Volk <JoAnn.Volk@georgetown.edu>, "Judy - DORA, Debra" <debra.judy@state.co.us>

Thank you both - this is very helpful.

Kate
[Quoted text hidden]
--


Kate Harris
Chief Deputy Commissioner, Life & Health Policy, Division of Insurance
she/her/hers



C 206.518.0843
1560 Broadway, Suite 850, Denver, CO 80202
kate.harris@state.co.us | doi.colorado.gov


Please consider the environment before printing this email.



[Quoted text hidden]