# EXHIBIT E

| | |
|---|---|
| **From:** | Brown - DORA, Kyle [kyle.m.brown@state.co.us] |
| **Sent:** | 2/23/2022 6:20:30 PM |
| **To:** | Harris - DORA, Kate [kate.harris@state.co.us] |
| **CC:** | Conway - DORA, Michael [michael.conway@state.co.us]; Judy - DORA, Debra [debra.judy@state.co.us]; Peg Brown - DORA [peg.brown@state.co.us]; Rolf Kaumann - DORA [rolf.kaumann@state.co.us]; Vincent Plymell - DORA [vincent.plymell@state.co.us] |
| **Subject:** | Re: Bills for tomorrow's meeting |

Sounds good.

On Wed, Feb 23, 2022 at 6:19 PM Harris - DORA, Kate <kate.harris@state.co.us> wrote:
> Sounds good to me.
>
> On Wed, Feb 23, 2022, 6:14 PM Conway - DORA, Michael <michael.conway@state.co.us> wrote:
>> Hi all -
>>
>> Unless someone has another bill to discuss, Deb, what do you think about simply rolling this over to next week?
>>
>>
>> **Michael Conway**
>> Commissioner of Insurance
>> *he/him*
>>
>> P 303.894.7480 | C 303.928.9031
>> 1560 Broadway, Suite 850, Denver, CO 80202
>> michael.conway@state.co.us | doi.colorado.gov
>>
>> CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.
>>
>>
>> On Wed, Feb 23, 2022 at 5:19 PM Judy - DORA, Debra <debra.judy@state.co.us> wrote:
>>> Good afternoon
>>> The only bill I have on the list for tomorrow is the attached health care sharing ministry reporting bill  -- although it has not been introduced yet, we do have it for fiscal analysis.
>>> Anyone else have any other bills to discuss?
>>> Alternatively, we can wait until the bill has been introduced and I can give you back 30 minutes tomorrow - Up to you all.
>>> Deb
>>>
>>>
>>> **Debra Judy**
>>> Division of Insurance

*she/her/hers*

P 303.894.2066  |  F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us  |  www.dora.colorado.gov/insurance

Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

--
**************************************

**Kyle M. Brown, Ph.D.**
Deputy Commissioner, Affordability Programs, Division of Insurance
*he/him*

C 303.349.7421
1560 Broadway, Suite 850, Denver, CO 80202
kyle.m.brown@state.co.us  |  www.dora.colorado.gov/insurance

Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.