# EXHIBIT F



**STATE OF COLORADO**

Russell - DORA, Leilani <leilani.russell@state.co.us>

## Blog post on CO HCSM report
6 messages

---

**JoAnn Volk** <Joann.Volk@georgetown.edu>  Thu, Sep 21, 2023 at 8:16 AM
To: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, "Judy - DORA, Debra" <debra.judy@state.co.us>
Cc: Justin Giovannelli <Justin.Giovannelli@georgetown.edu>

Hello! At long last, we have a draft blog post to share. The post focuses on your report from earlier this year. It's only just begun its long review process at the Commonwealth Fund, but if you see any red flags or places where we just got things wrong, please let us know.

JoAnn

📎 G'town CO HCSM report post_9.18.23_for CMWF review.docx
21K

---

**Judy - DORA, Debra** <debra.judy@state.co.us>  Thu, Sep 21, 2023 at 3:00 PM
To: JoAnn Volk <Joann.Volk@georgetown.edu>
Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, Justin Giovannelli <Justin.Giovannelli@georgetown.edu>

Hi JoAnn and Justin -
Hope all is well. We can take a look and let you know if we see anything -- but as an aside, our next report is coming out on October 1st. Just thought I would flag that for you -

Debra Judy
Division of Insurance
she/her/hers



**COLORADO**
Department of
Regulatory Agencies
Division of Insurance

P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

🌿 Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

[Quoted text hidden]

---

**JoAnn Volk** <Joann.Volk@georgetown.edu>  Fri, Sep 22, 2023 at 9:56 AM
To: "Judy - DORA, Debra" <debra.judy@state.co.us>
Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, Justin Giovannelli <Justin.Giovannelli@georgetown.edu>

Thanks for the head's up. We will be sure to review that once out - and congrats on that! - so may have some tweaks to update it, but would still appreciate your quick review for any way-off points or framing.

JoAnn

[Quoted text hidden]

--
**JoAnn Volk**
Research Professor
Center on Health Insurance Reforms
McCourt School of Public Policy
Georgetown University
600 New Jersey Avenue, N.W.
Third Floor
Washington, DC 20001
(202) 687-3944 (tel)
(202) 550-0041 (cell)
joann.volk@georgetown.edu

---

**Judy - DORA, Debra** <debra.judy@state.co.us>  Mon, Sep 25, 2023 at 3:43 PM
To: JoAnn Volk <Joann.Volk@georgetown.edu>
Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, Justin Giovannelli <Justin.Giovannelli@georgetown.edu>

I think one thing to consider in your blog -- we collect data on more than just HCSMs in the traditional sense, which is why we use the term health care sharing arrangements. Referring to HCSMs throughout the blog doesn't actually align with what is in our reports so you may want to clarify.

Debra Judy
Division of Insurance
she/her/hers



COLORADO
**Department of Regulatory Agencies**
Division of Insurance

P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

🌳 Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

[Quoted text hidden]

---

**JoAnn Volk** <Joann.Volk@georgetown.edu>  Mon, Oct 9, 2023 at 3:32 PM
To: "Judy - DORA, Debra" <debra.judy@state.co.us>
Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, Justin Giovannelli <Justin.Giovannelli@georgetown.edu>

Hello: A very belated thanks for this. I recall that was an important drafting point for you all, so you could capture more than ministries. It looks like the list of reporting entities is largely HCSMs, as a share of the number of entities reporting and by enrollment. If it creates problems for you to have us refer only to HCSMs, we can try to include some very concise explanation of the term, and point out that for the most part, it's HCSMs reporting. Would that be consistent with your approach and the findings?

[Quoted text hidden]

---

**JoAnn Volk** <Joann.Volk@georgetown.edu>  Thu, Nov 2, 2023 at 3:02 PM
To: "Judy - DORA, Debra" <debra.judy@state.co.us>

Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, Justin Giovannelli <Justin.Giovannelli@georgetown.edu>

Hello again: Just want to update you on this post. With thanks to you for flagging the new report, we incorporated that in a revised version of the post (attached) but really only to point out it exists, data challenges remain, and that it's not really possible to compare years because of the data challenges. It's back in The Commonwealth Fund's hands and may go through further edits before posting, but we're at least approaching the end of the trail. We'll be sure to share once it's posted.

Happy OE, by the way! Hope it's going well.

[Quoted text hidden]

---

📎 **Volk_G'town CO HCSM report post_11_2(clean).docx**
30K

DOI_009622