# EXHIBIT G



**STATE OF COLORADO**

Judy - DORA, Debra <debra.judy@state.co.us>

## Two things: 1269 and 1284
3 messages

---

**Erica Pike** <erica@coloradoafp.org>                                                                  Wed, Mar 23, 2022 at 10:52 AM
To: "Judy - DORA, Debra" <debra.judy@state.co.us>
Cc: Ryan Biehle <ryan@coloradoafp.org>, Jennifer Goodrum <jbgoodrum@michaelbeststrategies.com>

Hey Deb,
I hope you're doing well! I wanted to reach out with a few questions we had on the OON bill and the health care sharing ministries bill.

**On 1284** - On the stakeholder call you mentioned there was a fix coming for the disclosures component. We are interested in learning more about what that fix is as there could be significant administrative burdens on practices if they are seeing a patient OON and are required to disclose for each encounter, and similar potential implications for direct primary care providers.

**For 1269** -  As this is written, direct primary care providers could be considered a person not authorized by the DOI that offers plan/arrangement to cover health care costs. While DPC are exempt from Title 10, we're considering clarifying that they would not be subject to this requirement. We've flagged this for Rep Lontine and she is open to including amendment language since the intent of the bill is to establish safe guards on the ministries not DPC, but wanted to get your thoughts on this, too. If you think being exempt from Title 10 is enough, we can drop it, but if you think it's good to have the assurances in there, we'll move forward.

Also, we're hoping to put forward a member for the CO Option Advisory Board and have been paying attention to the progress being made on the implementation. Lots going on, but managing to keep most balls in the air!

Let me know if you want to chat by phone if that's faster for you.
Take care,
Erica

--
Erica Pike, MS
Director of Policy & Government Relations | Colorado Academy of Family Physicians
Cell **508-813-8856**
*Pronouns: She, her, hers (and why pronouns matter)*
www.coloradoafp.org



---

**Judy - DORA, Debra** <debra.judy@state.co.us>                                                         Mon, Mar 28, 2022 at 12:10 PM
To: Erica Pike <erica@coloradoafp.org>
Cc: Ryan Biehle <ryan@coloradoafp.org>, Jennifer Goodrum <jbgoodrum@michaelbeststrategies.com>

Erica -
To answer your questions, the fix on the notice/disclosure provision in 1284 is to essentially align with the federal NSA to make it easier for providers and facilities - to require only one notice, not two.
On 1269, I don't feel strongly at this point. I will need to take a deeper dive into the current exemption --
And appreciate all your efforts to find people for the CO Option Advisory Board!
Deb

Debra Judy
Division of Insurance
*she/her/hers*



P 303.894.2066 | F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
debra.judy@state.co.us | www.dora.colorado.gov/insurance

Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

[Quoted text hidden]

---

**Erica Pike** <erica@coloradoafp.org>      Mon, Mar 28, 2022 at 1:50 PM
To: "Judy - DORA, Debra" <debra.judy@state.co.us>
Cc: Ryan Biehle <ryan@coloradoafp.org>, Jennifer Goodrum <jbgoodrum@michaelbeststrategies.com>

Thanks Deb.
Here is the statutory language on DPC for context:

Section 6-23-102 - Direct primary care - not regulated by the division of insurance
**(1) Direct primary care is not insurance and is not regulated by the commissioner of insurance pursuant to title 10.**
(2) Direct primary health-care providers and direct primary care agreements that comply with this article 23 shall not be considered to be a health maintenance organization, insurer, insurance producer, or insurance and are not subject to title 10.
(3) Offering or entering into a direct primary care agreement is not the business of insurance or the practice of underwriting.
(4) A direct primary health-care provider or agent of a direct primary health-care provider is not required to obtain a certificate of authority or license to market, sell, or offer to sell a direct primary care agreement.
C.R.S. § 6-23-102

L. 2017: Entire article added, (HB 17-1115), ch. 151, p. 511, § 2, effective August 9; (2) amended, (SB 17-294), ch. 264, p. 1417, § 117, effective August 9.
[Quoted text hidden]

DOI_018447