# EXHIBIT I



STATE OF COLORADO

Bencic - DORA, Sara <sara.bencic@state.co.us>

# Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Insurance

**Bencic - DORA, Sara** <sara.bencic@state.co.us>   Wed, Jan 11, 2023 at 1:29 PM
To: Debra Judy - DORA <debra.judy@state.co.us>

FYI on another response.

---------- Forwarded message ---------
From: **Andy Schoonover** <andy@joincrowdhealth.com>
Date: Wed, Jan 11, 2023 at 1:28 PM
Subject: Re: Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Insurance
To: Bencic - DORA, Sara <sara.bencic@state.co.us>, STATREP@cogencyglobal.com <STATREP@cogencyglobal.com>
Cc: Leilani Russell - DORA <leilani.russell@state.co.us>, Kate Harris - DORA <kate.harris@state.co.us>, Phillip Khalife <Phillip.Khalife@coag.gov>, Evan Spencer <Evan.Spencer@coag.gov>


Hi Sara,

I wanted to confirm receipt of this correspondence and let you know that our attorney, Todd Padnos of Sheppard Mullin, will be responding to your inquiry within the timeframe that you have indicated.

All the best,

Andy



**Andy Schoonover | CrowdHealth**

*CEO*

312.450.4850

www.joincrowdhealth.com

CONFIDENTIALITY NOTICE: This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is confidential and may be legally privileged. This email is intended for use only by the person(s) named above. Except for the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, any review, dissemination, distribution, or duplication of this communication is strictly prohibited. **If you have received this e-mail in error, please notify the sender immediately by return message to the sender and destroy all copies of this message and any attachments.**

---

**From:** Bencic - DORA, Sara <sara.bencic@state.co.us>
**Date:** Wednesday, January 11, 2023 at 11:56 AM
**To:** Andy Schoonover <andy@joincrowdhealth.com>, Jon Gordon <jon@joincrowdhealth.com>,

Case No. 1:24-cv-01386-GPG-STV   Document 70-9   filed 05/16/25   USDC Colorado pg 3 of 3

10/14/24, 9:59 AM         State.co.us Executive Branch Mail - Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Insu…

STATREP@cogencyglobal.com <STATREP@cogencyglobal.com>
**Cc:** Leilani Russell - DORA <leilani.russell@state.co.us>, Kate Harris - DORA <kate.harris@state.co.us>, Phillip Khalife <Phillip.Khalife@coag.gov>, Evan Spencer <Evan.Spencer@coag.gov>
**Subject:** Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Insurance

Dear Mr. Schoonover,

This letter is to inform you that as of January 11, 2023, the Colorado Division of Insurance ("Division") has not received your organization's data submission per § 10-16-107.4, Colorado Revised Statute (C.R.S.), and Emergency Regulation 22-E-20. These submissions were due to the Division no later than December 15, 2022.

Per § 10-16-107.4, C.R.S., a person not authorized by the commissioner to offer insurance in Colorado that offers or intends to offer a plan or arrangement to facilitate payment or reimbursement of health-care costs or services for residents of Colorado, regardless of whether the person is domiciled in this state or another state, shall submit to the Commissioner the information listed in § 10-16-107.4, C.R.S., and detailed in Emergency Regulation 22-E-20.

Please let us know within five (5) business days if you believe Crowd Health is not subject to § 10-16-107.4, C.R.S. and the basis for your opinion. If this letter should be sent to anyone else in your organization, please identify that contact within five (5) business days.

Otherwise, please provide the Division with the required information via email no later than **Friday, January 27, 2023 by 5 PM MST** to Leilani Russell (leilani.russell@state.co.us) and Sara Bencic (sara.bencic@state.co.us). Please see the attached letter for the details of the required submission.

Failure to comply with § 10-16-107.4, C.R.S. may subject Crowd Health to fines and a cease and desist order.


Thank you,


Sara Bencic
Senior Policy Advisor
she/her/hers



C: 440.667.0708
1560 Broadway, Suite 850, Denver, CO 80202
sara.bencic@state.co.us | www.dora.colorado.gov/insurance

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.