# EXHIBIT K

 **STATE OF COLORADO**

Russell - DORA, Leilani <leilani.russell@state.co.us>

## HCSOs

3 messages

---

**Jacob Lauten** <farmbellpsu@gmail.com>                                    Thu, Nov 23, 2023 at 5:39 AM
To: leilani.russell@state.co.us

Has Colorado looked into the compliance of CrowdHealth?  They readily acknowledge they don't meet the regular definition of a health care sharing ministry but also tout they are not insurance because there is no guarantee of sharing.

CrowdHealth Isn't Health Insurance…
and Why That's a Good Thing!
joincrowdhealth.com                                          

---

**Russell - DORA, Leilani** <leilani.russell@state.co.us>                    Mon, Nov 27, 2023 at 8:00 AM
To: Kim Williams - DORA <kim.williams@state.co.us>

We don't have their submission but I think this is a good nudge to look into their compliance if you're interested in helping with this?
[Quoted text hidden]

--

**Leilani Russell, MPH**

**Health Initiatives and Implementation Project Manager**

*she/her/hers*

 **COLORADO**
**Department of**
**Regulatory Agencies**
Division of Insurance

C 303.204.2873

1560 Broadway Suite 850 Denver, CO 80202

Leilani.Russell@state.co.us  |  www.DORA.colorado.gov/insurance

Please consider the environment before printing this email.

Under the Colorado Open Records Act (CORA), all messages sent by or to me on this state-owned e-mail account may be subject to public disclosure.

**Williams - DORA, Kim** <kim.williams@state.co.us>                    Tue, Nov 28, 2023 at 8:00 AM
To: "Russell - DORA, Leilani" <leilani.russell@state.co.us>

Glad to help - When you say we don't have their submission yet you meant the required reporting for the Health Sharing
Ministries....mkt material, financial reporting?
Remind  - are the associations, limited benefit plans required to report the same information as the ministries?


Warm regards,

Kim Williams

**Lead Insurance Analyst**
**Consumer Services, Life and Health Section**
*she/her/hers*

P 303.894.7557 |  F 303.894.7455
1560 Broadway, Suite 850, Denver, CO 80202
kim.williams@state.co.us | www.dora.colorado.gov/insurance


[Quoted text hidden]

DOI_009663