# EXHIBIT L

10/24/24, 12:44 PM   State.co.us Executive Branch Mail - Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Ins…

 **STATE OF COLORADO**   Williams - DORA, Kim <kim.williams@state.co.us>

## Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Insurance
6 messages

**Williams - DORA, Kim** <kim.williams@state.co.us>   Mon, Sep 9, 2024 at 1:36 PM
To: andy@joincrowdhealth.com
Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, "Harris - DORA, Kate" <kate.harris@state.co.us>, Gabe Young <gabe.young@coag.gov>, Phillip Khalife <phillip.khalife@coag.gov>, TPadnos@sheppardmullin.com

Dear Mr. Schoonover,

This letter is to inform you that as of September 9, 2024, the Colorado Division of Insurance ("Division") has not received your organization's data submission per § 10-16-107.4, Colorado Revised Statute (C.R.S.), and Regulation 4-10-01. These submissions were due to the Division no later than May 15, 2024.

Per § 10-16-107.4, C.R.S., a person not authorized by the commissioner to offer insurance in Colorado that offers or intends to offer a plan or arrangement to facilitate payment or reimbursement of health-care costs or services for residents of Colorado, regardless of whether the person is domiciled in this state or another state, shall submit to the Commissioner the information listed in § 10-16-107.4, C.R.S., and detailed in Regulation 4-10-01.

Please let us know within five (5) business days if you believe Crowd Health is not subject to § 10-16-107.4, C.R.S. and the basis for your opinion. If this letter should be sent to anyone else in your organization, please identify that contact within five (5) business days.

Otherwise, please provide the Division with the required information via email no later than **Monday, September 23, 2024 by 5 PM MST** to Leilani Russell (leilani.russell@state.co.us) and Kim Williams (kim.williams@state.co.us). Please see the attached letter for the details of the required submission.

Failure to comply with § 10-16-107.4, C.R.S. may subject Crowd Health to fines and a cease and desist order.

   2024 Crowd Health- Health Care Sharing Plan and Ar…

Warm regards,

Kim Williams

**Lead Insurance Analyst**
**Consumer Services, Life and Health Section**
*she/her/hers*

P 303.894.7557 | F 303.894.7455 | C 720.955.5158
1560 Broadway, Suite 850, Denver, CO 80202
kim.williams@state.co.us | www.dora.colorado.gov/insurance

Case No. 1:24-cv-01386-GPG-STV    Document 70-12    filed 05/16/25    USDC Colorado
pg 3 of 7

10/24/24, 12:44 PM         State.co.us Executive Branch Mail - Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Ins…

**Mail Delivery Subsystem** <MAILER-DAEMON@mx0a-000dbe01.pphosted.com>        Mon, Sep 9, 2024 at 1:37 PM
To: kim.williams@state.co.us

The original message was received at Mon, 9 Sep 2024 13:37:10 -0600
from m0134153.ppops.net [127.0.0.1]

----- The following addresses had permanent fatal errors -----
<TPadnos@sheppardmullin.com>
  (reason: 550 Invalid Recipient - https://urldefense.proofpoint.com/v2/url?u=https-3A__community.mimecast.com_docs_DOC-2D1369-23550&d=DwIBAg&c=sdnEM9SRGFuMt5z5w3AhsPNahmNicq64TgF1JwNR0cs&r=xCLDTEvfkHGLhTNUaimFxfaQMY7FNpjjXcqoEEKSjMo&m=4kXaFUBsxKVL7vMPgGilemaLqbmqkN8QSxIlmQpiZaVHzltrgMcdsL3mGXgjEc7h&s=w01XObeJByYPCbQucCz4kLkoH1yp01CWFp98DrsqQe4&e=
[C6uKCwNiPoakDHzIUyFf4Q.us313])

----- Transcript of session follows -----
... while talking to us-smtp-inbound-1.mimecast.com.:
>>> RCPT To:<TPadnos@sheppardmullin.com>
<<< 550 Invalid Recipient - https://urldefense.proofpoint.com/v2/url?u=https-3A__community.mimecast.com_docs_DOC-2D1369-23550&d=DwIBAg&c=sdnEM9SRGFuMt5z5w3AhsPNahmNicq64TgF1JwNR0cs&r=xCLDTEvfkHGLhTNUaimFxfaQMY7FNpjjXcqoEEKSjMo&m=4kXaFUBsxKVL7vMPgGilemaLqbmqkN8QSxIlmQpiZaVHzltrgMcdsL3mGXgjEc7h&s=w01XObeJByYPCbQucCz4kLkoH1yp01CWFp98DrsqQe4&e=
[C6uKCwNiPoakDHzIUyFf4Q.us313]
550 5.1.1 <TPadnos@sheppardmullin.com>... User unknown

Final-Recipient: RFC822; TPadnos@sheppardmullin.com
X-Actual-Recipient: rfc822; TPadnos@sheppardmullin.com
Action: failed
Status: 5.1.1
Remote-MTA: DNS; us-smtp-inbound-1.mimecast.com
Diagnostic-Code: SMTP; 550 Invalid Recipient - https://community.mimecast.com/docs/DOC-1369#550
[C6uKCwNiPoakDHzIUyFf4Q.us313]
Last-Attempt-Date: Mon, 9 Sep 2024 13:37:11 -0600


---------- Forwarded message ----------
From: "Williams - DORA, Kim" <kim.williams@state.co.us>
To: andy@joincrowdhealth.com
Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, "Harris - DORA, Kate" <kate.harris@state.co.us>, Gabe Young <gabe.young@coag.gov>, Phillip Khalife <phillip.khalife@coag.gov>, TPadnos@sheppardmullin.com
Bcc:
Date: Mon, 9 Sep 2024 13:36:55 -0600
Subject: Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Insurance


Dear Mr. Schoonover,


This letter is to inform you that as of September 9, 2024, the Colorado Division of Insurance ("Division") has not received your organization's data submission per § 10-16-107.4, Colorado Revised Statute (C.R.S.), and Regulation 4-10-01. These submissions were due to the Division no later than May 15, 2024.

Per § 10-16-107.4, C.R.S., a person not authorized by the commissioner to offer insurance in Colorado that offers or intends to offer a plan or arrangement to facilitate payment or reimbursement of health-care costs or services for residents of Colorado, regardless of whether the person is domiciled in this state or another state, shall submit to the Commissioner the information listed in § 10-16-107.4, C.R.S., and detailed in Regulation 4-10-01.


Please let us know within five (5) business days if you believe Crowd Health is not subject to § 10-16-107.4, C.R.S. and the basis for your opinion.  If this letter should be sent to anyone else in your organization, please identify that contact within five (5) business days.

Otherwise, please provide the Division with the required information via email no later than **Monday, September 23, 2024 by 5 PM MST** to Leilani Russell (leilani.russell@state.co.us) and Kim Williams (kim.williams@state.co.us). Please see the

attached letter for the details of the required submission.

Failure to comply with § 10-16-107.4, C.R.S. may subject Crowd Health to fines and a cease and desist order.

 2024 Crowd Health- Health Care Sharing Plan and Ar…

Warm regards,

Kim Williams

**Lead Insurance Analyst**
**Consumer Services, Life and Health Section**
*she/her/hers*

P 303.894.7557 | F 303.894.7455 | C 720.955.5158
1560 Broadway, Suite 850, Denver, CO 80202
kim.williams@state.co.us | www.dora.colorado.gov/insurance

---

**Russell - DORA, Leilani** <leilani.russell@state.co.us>    Mon, Sep 9, 2024 at 1:53 PM
To: kim.williams@state.co.us

Your message

  To: Russell - DORA, Leilani
  Subject: Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Insurance
  Sent: 9/9/24, 1:36:55 PM MDT

was read on 9/9/24, 1:53:26 PM MDT

---

**Russell - DORA, Leilani** <leilani.russell@state.co.us>    Mon, Sep 9, 2024 at 1:57 PM
To: andy@joincrowdhealth.com, TPadnos@sheppardmullin.com
Cc: "Harris - DORA, Kate" <kate.harris@state.co.us>, Gabe Young <gabe.young@coag.gov>, Phillip Khalife <phillip.khalife@coag.gov>, "Williams - DORA, Kim" <kim.williams@state.co.us>

Following up to attach a PDF version of the letter in question.
[Quoted text hidden]
--
**Leilani Russell, MPH**
**Director of Strategy, Operations, and Performance**
*she/her/hers* (Learn about why my pronouns are identified)


COLORADO
Department of
Regulatory Agencies
Division of Insurance

C 303.204.2873
1560 Broadway Suite 850 Denver, CO 80202
Leilani.Russell@state.co.us | www.DORA.colorado.gov/insurance

Please consider the environment before printing this email.

Case No. 1:24-cv-01386-GPG-STV    Document 70-12    filed 05/16/25    USDC Colorado
pg 5 of 7

10/24/24, 12:44 PM                State.co.us Executive Branch Mail - Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Ins…

Under the Colorado Open Records Act (CORA), all messages sent by or to me on this state-owned e-mail account may be subject to public disclosure.

📎 **Crowd Health- Health Care Sharing Plan and Arrangement 2023 Data Submission to the Colorado Division of Insurance.pdf**
171K

---

**Andy Schoonover** <andy@joincrowdhealth.com>                                                        Mon, Sep 9, 2024 at 2:05 PM
To: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, "TPadnos@sheppardmullin.com" <TPadnos@sheppardmullin.com>
Cc: "Harris - DORA, Kate" <kate.harris@state.co.us>, Gabe Young <gabe.young@coag.gov>, Phillip Khalife <phillip.khalife@coag.gov>, "Williams - DORA, Kim" <kim.williams@state.co.us>

Leilani,

I confirm receipt of your letter. Our attorney and I will review your request and respond promptly.

All the best,

Andy



**Andy Schoonover | CrowdHealth**

*CEO (Chief Experience Officer)*

312.450.4850

www.joincrowdhealth.com

www.twitter.com/schoonoverandy

www.youtube.com/@sovereignhealthpod

CONFIDENTIALITY NOTICE: This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is confidential and may be legally privileged. This email is intended for use only by the person(s) named above. Except for the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, any review, dissemination, distribution, or duplication of this communication is strictly prohibited. **If you have received this e-mail in error, please notify the sender immediately by return message to the sender and destroy all copies of this message and any attachments.**

[Quoted text hidden]

 Secured by Paubox - HITRUST certified

---

**Andy Schoonover** <andy@joincrowdhealth.com>                                                        Wed, Sep 11, 2024 at 10:08 AM
To: "Russell - DORA, Leilani" <leilani.russell@state.co.us>, "TPadnos@sheppardmullin.com" <TPadnos@sheppardmullin.com>
Cc: "Harris - DORA, Kate" <kate.harris@state.co.us>, Gabe Young <gabe.young@coag.gov>, Phillip Khalife <phillip.khalife@coag.gov>, "Williams - DORA, Kim" <kim.williams@state.co.us>

Case No. 1:24-cv-01386-GPG-STV    Document 70-12    filed 05/16/25    USDC Colorado
pg 6 of 7

10/24/24, 12:44 PM          State.co.us Executive Branch Mail - Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Ins…

Leilani,

It is with great sadness that I have learned that our lead regulatory/healthcare litigation attorney Todd Padnos of Sheppard Mullin has unexpectedly passed away. I am working to onboard a new team of attorneys and will probably not have that done by the required response time as outlined in your letter. However, I have copied our response to your inquiry from last year which we feel is still applicable. If this is a satisfactory response, please consider this the formal response to your inquiry. If it is not satisfactory then I'd like to ask for an extension so that I can formally onboard new counsel.

Many thanks for your understanding,

Andy


Good Afternoon Ms. Bencic –


On behalf of CrowdHealth, Inc., I write in response to your email dated January 11, 2023 to CrowdHealth's Andy Schoonover: (i) asserting that the Colorado Division of Insurance ("Division") has not received CrowdHealth's data submission per CRS § 10-16-107.4 and Emergency Regulation 22-E-20 for calendar year 2021, and (ii) asking for CrowdHealth's position as to whether it is subject to such statute.


CrowdHealth maintains that it is not subject to such statute.  Subdivision (5)(b) of § 10-16-107.4 provides that such statute does not apply to "consumer payment arrangements identified by the commissioner by rule" and section 4(G) of the Emergency Regulation excludes from the definition of a health care sharing plan or arrangement "crowdfunded sources for the purposes of paying for and/or reimbursement of health care services" (the "Crowdfunding Exception").  CrowdHealth falls directly within the Crowdfunding Exclusion; as such CrowdHealth is not a "health care sharing plan" or a "health care sharing arrangement" subject to the reporting obligations.


In support thereof, CrowdHealth is a crowdfunding platform.  It operates in a similar fashion to GoFundMe, which like CrowdHealth, advertises itself as a "community-powered fundraising platform."  CrowdHealth members voluntarily agree to fund crowdfunding requests from other members.  No member has been removed from the platform for declining to fund a request. Additionally, for bills that are funded, CrowdHealth neither pays, nor is in the money flow for, these bills.


Further, CrowdHealth is nothing like the healthcare cost sharing ministries that were the target of § 10-16-107.4.  In contrast to the healthcare cost sharing ministries: (i) CrowdHealth clearly communicates to its members that they, and they alone, are ultimately responsible for their own medical bills, (ii) CrowdHealth's members affirmatively acknowledge that they fully understand that they are not purchasing health insurance from CrowdHealth or otherwise obtaining any guaranty of payment for their healthcare bills, and (iii) unlike the healthcare bills of members of some healthcare cost-sharing ministries that have gone unpaid (which appears to have been the impetus for the passage of § 10-16-107.4), every bill that a Colorado resident has submitted to the CrowdHealth community for funding has been successfully crowdfunded in full.


I trust that this fully addresses your inquiry.  But should you have any questions regarding the foregoing, please feel free to contact me.  Thank you for your consideration.


Regards,

Case No. 1:24-cv-01386-GPG-STV   Document 70-12   filed 05/16/25   USDC Colorado pg 7 of 7

10/24/24, 12:44 PM		State.co.us Executive Branch Mail - Health Care Sharing Plan and Arrangement Data Submission to the Colorado Division of Ins…

Todd

**Todd L. Padnos** | Partner
+1 415-774-2938 | direct
TPadnos@sheppardmullin.com | Bio

**SheppardMullin**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com



**Andy Schoonover | CrowdHealth**

*CEO (Chief Experience Officer)*

312.450.4850

www.joincrowdhealth.com

www.twitter.com/schoonoverandy

www.youtube.com/@sovereignhealthpod

CONFIDENTIALITY NOTICE: This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is confidential and may be legally privileged. This email is intended for use only by the person(s) named above. Except for the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, any review, dissemination, distribution, or duplication of this communication is strictly prohibited. **If you have received this e-mail in error, please notify the sender immediately by return message to the sender and destroy all copies of this message and any attachments.**

**From:** Russell - DORA, Leilani <leilani.russell@state.co.us>
**Date:** Monday, September 9, 2024 at 2:58 PM
**To:** andy@joincrowdhealth.com <andy@joincrowdhealth.com>, TPadnos@sheppardmullin.com <TPadnos@sheppardmullin.com>

[Quoted text hidden]

[Quoted text hidden]