# EXHIBIT M

[A restricted exhibit will be filed.
*See* D.C.COLO.LCivR 7.2.]