# EXHIBIT N

[A restricted exhibit will be filed. *See* D.C.COLO.LCivR 7.2.]