# EXHIBIT P



**STATE OF COLORADO**

Russell - DORA, Leilani <leilani.russell@state.co.us>

## Health Care Sharing Plan Reporting Question
5 messages

**Emily Sorensen** <EmilySorensen@zionhealthshare.org>　　　　　　　　　　　　　Fri, Jan 20, 2023 at 4:00 PM
To: "leilani.russell@state.co.us" <leilani.russell@state.co.us>

Hello Leilani,

I am the new Compliance Officer for Zion HealthShare and I'm working on this report as quickly as possible. I do have a question about the below section:

| Provide any additional website(s) your organization uses to communicate marketing materials |
|---|
|  |

Is this supposed to be links like YouTube? We use YouTube for some of our marketing links, but it's all actually housed on our own website. By providing our own website is that sufficient?

Thank you,



Emily Sorensen she/her

Compliance Officer | Zion HealthShare

P: (888) 920-9466 ext. 168

emilysorensen@Zionhealthshare.org

Zionhealthshare.org

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail message may be privileged, confidential and protected from disclosure. This includes, but is not limited, to medical information that may be protected by federal and state privacy laws. If you are not the intended recipient, any use, disclosure, dissemination, distribution or copying of any portion of this message or any attachment is strictly prohibited. If you think you have received this e-mail message in error, please notify the sender at the above e-mail address, and delete this e-mail along with any attachments. Thank you.

---

**Russell - DORA, Leilani** <leilani.russell@state.co.us>　　　　　　　　　　　　　Fri, Jan 20, 2023 at 5:13 PM
To: Emily Sorensen <EmilySorensen@zionhealthshare.org>
Cc: Sara Bencic - DORA <sara.bencic@state.co.us>

Thanks for reaching out with your question Emily!

This data element refers to specific websites, or pages on a website, related to marketing. If all of Zion HealthShare's online marketing materials are found on your website (as well as some of them on YouTube) please include the specific link(s) to Zion's website where we can view the marketing materials. E.g. ZionHealthShare.org/MarketingVid1 and ZionHealthShare.org/MarketingVid2 (*obviously these are completely made up URLs*).

Please let myself and my colleague cc'd here, Sara Bencic, know if that doesn't adequately answer your questions and/or if you have any additional questions.

Have a nice weekend,
Leilani
[Quoted text hidden]
--

**Leilani Russell, MPH**
**Health Initiatives and Implementation Project Manager**
*she/her/hers*



C 303.204.2873

1560 Broadway Suite 850 Denver, CO 80202

Leilani.Russell@state.co.us  |  www.DORA.colorado.gov/insurance

Please consider the environment before printing this email.

Under the Colorado Open Records Act (CORA), all messages sent by or to me on this state-owned e-mail account may be subject to public disclosure.

---

**Emily Sorensen** <EmilySorensen@zionhealthshare.org>   Wed, Jan 25, 2023 at 11:55 AM
To: "Russell - DORA, Leilani" <leilani.russell@state.co.us>
Cc: Sara Bencic - DORA <sara.bencic@state.co.us>

Hello,

Thank you for this, it has helped a lot. A further question: how does Colorado define "program expenses"? I can't find a definition listed on the first page of the document.

ZION HEALTHSHARE

Emily Sorensen she/her

Compliance Officer | Zion HealthShare

P: (888) 920-9466 ext. 168



emilysorensen@Zionhealthshare.org

Zionhealthshare.org

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail message may be privileged, confidential and protected from disclosure. This includes, but is not limited, to medical information that may be protected by federal and state privacy laws. If you are not the intended recipient, any use, disclosure, dissemination, distribution or copying of any portion of this message or any attachment is strictly prohibited. If you think you have received this e-mail message in error, please notify the sender at the above e-mail address, and delete this e-mail along with any attachments. Thank you.

---

**From:** Russell - DORA, Leilani <leilani.russell@state.co.us>
**Sent:** Friday, January 20, 2023 5:14 PM
**To:** Emily Sorensen <EmilySorensen@zionhealthshare.org>

**Cc:** Sara Bencic - DORA <sara.bencic@state.co.us>
**Subject:** Re: Health Care Sharing Plan Reporting Question

**Caution:** This is an external email. Please take care when clicking links or opening attachments.

[Quoted text hidden]

---

**Bencic - DORA, Sara** <sara.bencic@state.co.us>                                Wed, Jan 25, 2023 at 11:58 AM
To: Emily Sorensen <EmilySorensen@zionhealthshare.org>
Cc: "Russell - DORA, Leilani" <leilani.russell@state.co.us>

Hi Emily,

Program expenses are defined in the Emergency Regulation 22-E-20: ""Program expenses" shall mean any service by the HCSPA or its contractors that, while not direct medical care, contributes to the care and overall experiences of HCSPA's participants. This includes but is not limited to coaching and wellness programs, care navigation, care coordination, medical review, quality improvement efforts, cost containment, reimbursement handling, and bill negotiations. This includes fees, commissions, and remuneration paid to contractors that acted on behalf of the HCPA to facilitate program expenses."

Thank you,
Sara Bencic
[Quoted text hidden]

---

**Russell - DORA, Leilani** <leilani.russell@state.co.us>                           Wed, Jan 25, 2023 at 2:13 PM
To: "Bencic - DORA, Sara" <sara.bencic@state.co.us>

Thank you!
[Quoted text hidden]

DOI_014748