**KATHERINE HARRIS - CORPORATE REPRESENTATIVE - April 01, 2025**

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-CV-01386-GPG-STV
_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
THE COLORADO DIVISION OF INSURANCE by KATHERINE
HARRIS, a corporate representative

April 1, 2025
_____

ALLIANCE OF HEALTH CARE SHARING MINISTRIES,

Plaintiff,

vs.

MICHAEL CONWAY, in his official capacity as
Commissioner of the Colorado Division of Insurance,

Defendant.
_____

APPEARANCES:

    PAUL HASTINGS LLP
        By Benton York, Esq.
           William E. Mahoney, Esq.
           2050 M Street, NW
           Washington, DC 20036
           (202) 551-1700
            Appearing on behalf of Plaintiff.

    COLORADO DEPARTMENT OF LAW
        By Reed William Morgan, Esq.
           Phillip Khalife, Esq.
           Gabe Young, Esq.
           Ralph L. Carr Colorado Judicial
           Center
           1300 Broadway, 8th Floor
           Denver, Colorado 80203
           (720) 508-6335
            Appearing on behalf of Defendant.

    Also Present: Walt Mathern, Videographer
```

**EXHIBIT 10**

**CALDERWOOD-MACKELPRANG, INC.**
**(303) 477-3500**

Resp. Ex. 10

**KATHERINE HARRIS - CORPORATE REPRESENTATIVE - April 01, 2025**

```
 1  of sources.                                              15:58:33
 2       Q    Does the Division of Insurance -- strike       15:58:42
 3  that.                                                    15:58:52
 4            How does the reporting law and the             15:58:53
 5  Division of Insurance's implementation of it address     15:59:05
 6  consumer confusion?                                      15:59:11
 7       A    Sure.  So we can look at the marketing         15:59:15
 8  materials that are submitted.  We can assess whether     15:59:19
 9  or not they are using terms that are insurance-like      15:59:24
10  terms or terms defined in the Affordable Care Act.       15:59:27
11  For example, open enrollment; premium; deductible;       15:59:33
12  gold, bronze or silver plan; ACA compliant.  We can      15:59:37
13  assess whether or not companies are marketing the        15:59:44
14  sharing plans using those terms and other terms that     15:59:46
15  are very much understood to be insurance.                15:59:52
16            We can look at what third parties, the         15:59:56
17  companies are using that are often insurance-like        16:00:02
18  vendors and that perhaps only do insurance business      16:00:07
19  transaction aside from the work that they do for         16:00:12
20  sharing plans.  We can look at the number of             16:00:16
21  consumers who are enrolled in Colorado and assess        16:00:21
22  the size of the market.                                  16:00:26
23            We can look at the financial -- there's        16:00:29
24  unlimited financial data from the companies to           16:00:32
25  better understand their overall financial picture.       16:00:36
```

**KATHERINE HARRIS - CORPORATE REPRESENTATIVE - April 01, 2025**

| | | |
|---|---|---|
| 1 | Q     And so what you've just described is the | 16:00:41 |
| 2 | division getting information about these entities, | 16:00:45 |
| 3 | but how does just having that information do | 16:00:52 |
| 4 | anything to address consumer confusion?  How does | 16:00:57 |
| 5 | that result in less consumer confusion? | 16:01:01 |
| 6 | A     Sure.  I think a couple of different | 16:01:06 |
| 7 | ways.  I think the companies know that they're | 16:01:08 |
| 8 | reporting marketing materials to us.  I believe that | 16:01:08 |
| 9 | it generally impacts their behavior in terms of the | 16:01:12 |
| 10 | marketing terms that they use.  I believe they're | 16:01:16 |
| 11 | more careful than they have been in the past around | 16:01:21 |
| 12 | using terms like ACA compliant, for example. | 16:01:25 |
| 13 | The division can and has sent follow-up | 16:01:28 |
| 14 | inquiry letters to companies, particularly when we | 16:01:33 |
| 15 | find terms that they are using in their marketing | 16:01:37 |
| 16 | that are defined in the Affordable Care Act, and | 16:01:41 |
| 17 | then notifying the company of those problematic | 16:01:45 |
| 18 | terms that are leading to that confusion. | 16:01:49 |
| 19 | Q     And so aside from influencing the | 16:01:52 |
| 20 | entity's marketing outreach, do you find -- well, | 16:01:57 |
| 21 | let me -- I'm sorry, let me set that aside. | 16:02:04 |
| 22 | Is it an intended result that the | 16:02:10 |
| 23 | entities will change their marketing materials | 16:02:15 |
| 24 | because they have to report under this law? | 16:02:25 |
| 25 | A     If they were using terms defined in the | 16:02:30 |

**KATHERINE HARRIS - CORPORATE REPRESENTATIVE - April 01, 2025**

| | | |
|---|---|---|
| 1 | complaint -- | 16:36:38 |
| 2 | Q    Is there any objective criteria that | 16:36:39 |
| 3 | governs that analysis? | 16:36:42 |
| 4 | A    We follow the regulation primarily.  And | 16:36:45 |
| 5 | then, you know, as is common with all of our | 16:36:51 |
| 6 | enforcement activities, we have discretion at the | 16:36:55 |
| 7 | division to apply, you know, enforcement, you know, | 16:36:59 |
| 8 | under a regulatory authority. | 16:37:02 |
| 9 | Q    And so how do you understand that | 16:37:05 |
| 10 | discretion to be cabined, if at all? | 16:37:09 |
| 11 | A    So we operate under the regulations that | 16:37:20 |
| 12 | we have in place as well as the laws of the State of | 16:37:25 |
| 13 | Colorado. | 16:37:29 |
| 14 | Q    Okay.  So you can't give me anything more | 16:37:30 |
| 15 | specific about how that discretion is applied in | 16:37:34 |
| 16 | determining enforcement of the reporting law? | 16:37:42 |
| 17 | A    I'd say we're continually evaluating. | 16:37:48 |
| 18 | And, you know, particularly with new laws, it's | 16:37:52 |
| 19 | common for us to give the industry time to come into | 16:37:55 |
| 20 | compliance before we start more specific enforcement | 16:37:59 |
| 21 | activities.  That's very normal for us when a new | 16:38:03 |
| 22 | law passes.  We like to give the industry some time, | 16:38:07 |
| 23 | you know, to understand what it is and to come into | 16:38:11 |
| 24 | compliance and to, you know, work on their own | 16:38:13 |
| 25 | reporting and data, et cetera. | 16:38:15 |