IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALLIANCE OF HEALTH CARE SHARING MINISTRIES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance,<br><br>    Defendant. | Case No. 1:24-CV-01386-GPG-STV |

**PLAINTIFF ALLIANCE OF HEALTH CARE SHARING MINISTRIES' DESIGNATION OF EXPERTS**

In accordance with Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure Plaintiff Alliance of Health Care Sharing Ministries hereby discloses the following non-retained expert witness who may present expert testimony at trial.

(1) **Katy Talento**
Executive Director
ALLIANCE OF HEALTH CARE SHARING MINISTRIES
Contact Through Counsel

Ms. Talento may testify regarding the history, nature, and religious foundations of health care sharing ministries. Drawing upon her background and expertise in health care sharing and health care policy, Ms. Talento will explain how health care sharing ministries represent a sincere exercise of Christian religious beliefs dating back to the early Church. Ms. Talento will testify about how health care sharing ministries function,

1


EXHIBIT 11

their place within the health care ecosystem, including similarities and differences to other organizations, and their role as religious organizations facilitating members' exercise of their faith through mutual aid.

Based on her expertise, and as also described in her declaration, Ms. Talento will offer the following opinions:

(1) Health care sharing ministries represent a foundational Christian practice of mutual aid.

(2) Health care sharing ministries are fundamentally different from health insurance in both purpose and operations. At the same time, health care sharing ministries are like other organizations that pay for medical expenses (but are excluded from Colorado's regime), including crowdfunding, direct primary care, and fraternal benefit societies.

(3) The organizational structure and operations of health care sharing ministries reflect their religious character. These include requirements of a common statement of faith, regular church attendance, affirmation that members will live in accordance with biblical values, and agreement to Christian dispute resolution.

(4) Health care sharing ministries serve broader religious purposes beyond facilitating health care expense sharing, including fostering religious community, enabling members to avoid participation in practices contrary to their sincere religious beliefs, and providing spiritual and emotional support through prayer, fellowship, and encouragement.

Resp. Ex. 11

    (2) **Rob Waldo**
      V.P. & Chief Administrative Officer
      Samaritan Ministries International
      PO Box 3618
      Peoria, IL 61612
      (877) 764-2426

Mr. Waldo will testify regarding the operation of health care sharing ministries. Drawing upon his background and expertise in health care sharing, Mr. Waldo will explain how health care sharing ministries actualize a sincere exercise of Christian religious beliefs. Mr. Waldo will testify about how health care sharing ministries operate, how they evangelize, and how they facilitate members' exercise of their faith.

Based on his expertise, and as further described in his declaration, Mr. Waldo will offer the following opinions:

    (1) Health care sharing ministries enable members to exercise the religious belief to "bear one another's burdens" (Galatians 6:2). Their structure, organization, and operations all are designed for that purpose, which goes beyond sharing of health care expenses.

    (2) Health care sharing ministries do not operate as insurance. While health insurance involves risk transfer through contractual guarantees, health care sharing involves voluntary sharing among members based on mutual religious conviction and trust. Members do not have contractual rights to payment but instead rely on religious and moral obligations of mutual aid.

    \*   \*   \*

Plaintiff reserves the right to designate additional expert witnesses in accordance with the Federal Rules of Civil Procedure. Plaintiff will supplement these disclosures as required by Rule 26(e).

Dated: January 3, 2025

    */s/ Michael F. Murray*
Michael F. Murray
PAUL HASTINGS LLP
2050 M Street, NW
Washington, D.C. 20036
(202) 551-1730
michaelmurray@paulhastings.com

William E. Mahoney
PAUL HASTINGS LLP
600 Travis Street
Fifty-Eighth Floor
Houston, Texas 77002
(713) 860-7304
williammahoney@paulhastings.com

*COUNSEL FOR PLAINTIFF ALLIANCE OF HEALTH CARE SHARING MINISTRIES*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2025 I served all counsel of record with the foregoing document via email.

/s/ **William E. Mahoney**
William E. Mahoney